UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO: 6:09-bk-12360-ABB
CHAPTER 13 PROCEEDINGS

FILED
JAN 19 2010
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

In re:

Dennis Stephen Buck,
Theresa Jane Buck,

Debtors.
_____/

## DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE WITHOUT PREJUDICE

We, the Debtors, Dennis Stephen Buck and Theresa Jane Buck, by his counsel, moves this Court pursuant to 11 U.S.C. Section 1307 (b) for a dismissal of this Chapter 13 case and in support therefor respectfully represent that:

1. On January 14, 2010, we filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Pursuant to 11 U.S.C. 1307 (b), we have an absolute right to dismiss this Chapter 13 case as this case has not been converted under 11 U.S.C. 706, 11 U.S.C. 1112, or 11 U.S.C. 1208.

3. We have completed part of our plan and does not desire to proceed with this current plan, as it was prepared by my former attorney who we let go.

4. Because we are currently without counsel, we have had a substantial change of circumstances. We are unable to pay our Chapter 13 plan at this time and we need time to find new counsel and develop a new plan that more accurately reflects our current financial situation.

WHEREFORE, the debtors move to dismiss this Chapter 13 case without prejudice.

Respectfully Submitted,

Dennis Stephen Buck
Theresa Jane Buck
5500 Hidden Horse Way
Groveland, FL 34736
866-572-6543
dsbuck@att.com


By:
Dennis Stephen Buck
Theresa Jane Buck,
Pro Se Debtors


## CERTIFICATE OF SERVICE

We HEREBY CERTIFY that a true copy of the foregoing motion was served upon all parties on attached list, this 14 day of January, 2010.

_____
Dennis Stephen Buck

_____
Theresa Jane Buck

US Bankruptcy Court
Middle District of Florida
135 West Central Boulevard, Suite 950
Orlando, Florida 32801
407-648-6365