**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                      CASE NO.:     6:09-bk-12360-ABB

DENNIS STEPHEN BUCK
and THERESA JANE BUCK             CHAPTER 13

     Debtor.
_____/

## MOTION TO CONTINUE EVIDENTIARY HEARING
## ON DEBTOR'S MOTION TO STRIP LIEN (DOCKET ENTRY NO. 30)

COMES NOW, Movant, FAIRWINDS CREDIT UNION, by and through its undersigned attorneys, and files this, its Motion to Continue the Evidentiary Hearing on Debtors' Motion to Strip the Lien of Fairwinds Credit Union (docket entry no. 30) and would allege as follows:

     1.     An evidentiary hearing has been scheduled for Wednesday, February 17, 2010, at 11:30 a.m. with regards to Debtors' Motion to Strip the Lien and Fairwinds' Objection to the same.

     2.     Debtors have filed a Motion to Dismiss their Chapter 13 case without prejudice and Movant does not object to said Motion.

     3.     A hearing has been set on the Motion to Dismiss for Wednesday, February 17, 2010, at 11:30 a.m.

     4.     The hearing on the Motion to Strip the Lien should be continued until the Court has made a ruling on Debtors' Motion to Dismiss.

5. Movant wishes to avoid the costs and expense of an evidentiary hearing which will be moot if the Court grants Debtors' Motion to Dismiss.

WHEREFORE, Movant requests that the Court enter an Order Continuing the Evidentiary Hearing on Debtors' Motion to Strip the Lien in this matter.

/S/ Elba N. Serrano-Torres
JAMES E. SORENSON (FL Bar #0086525),
D. TYLER VAN LEUVEN (FL Bar #0178705),
JARED S. GARDNER (FL Bar #0041042),
MARY LINZEE VAN LEUVEN (FL Bar #0029766), and
ELBA N. SERRANO-TORRES (FL Bar #42228),
Williams, Gautier, Gwynn, DeLoach & Sorenson, P.A.
Post Office Box 4128
Tallahassee, Florida 32315-4128
Telephone (850) 386-3300
Facsimile (850) 205-4755
*Attorneys for Creditor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished either by electronic means or by U.S. Regular Mail to Robert J. Pellegrino, 627 Hearthglen Blvd., Winter Garden, FL 34787, Attorney for Debtors (usual place of business), Dennis Stephen Buck and Theresa Jane Buck, 5500 Hidden Horse Way, Groveland, FL 34736, Debtors (usual place of abode), and Laurie K. Weatherford, Post Office Box 3450, Winter Park, FL 32790, Trustee, (usual place of business), on this 5th day of February, 2010.

/S/ Elba N. Serrano-Torres
ATTORNEY