# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

| | |
|---|---|
| IN RE:<br><br>Dennis Stephen Buck<br>Theresa Jane Buck<br><br>Debtors | Case No: 6:09-bk-12360-ABB<br>Chapter 13 |

### Motion to Disburse Returned Funds I/A/O $89.78 Returned by the Creditor, Everhome Mtg

COMES NOW, Laurie K. Weatherford, The Chapter 13 Trustee and respectfully reports to this Court that:

1. This case was dismissed, converted or completed.

2. The debtors' plan provided for payment to the above-named creditor, who returned the funds to the Trustee indicating refusal to accept said payment.

3. Also, the debtors' plan provided for payment to the Chapter 13 Trustee, which represents payment of its fees to the above-named creditor.

WHEREFORE, the Trustee moves this Court for authority to refund $89.78 to the debtors.

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing Motion to Disburse Returned Funds has been furnished by the United States mail or by electronic transmission to the parties listed below on the 27th day of April, 2010.

**Debtors** - Dennis Stephen Buck and Theresa Jane Buck, 5500 Hidden Horse Way, Groveland, FL 34736
**Debtors' Attorney -** Robert J Pellegrino, 627 Hearthglen Boulevard, (Law Office Of Robert J Pellegrino), Winter Garden, FL 34787
**Creditor** - Everhome Mtg, c/o Officer, Manager or General Agent, 8100 Nations Way, Jacksonville, FL 32256

**Motion to Disburse Returned Funds**
**6:09-bk-12360-ABB**

Respectfully submitted on this 27th day of April, 2010.

/S/ LAURIE K. WEATHERFORD
Laurie K Weatherford
Chapter 13 Trustee
Samuel R Pennington
Attorney for Trustee
FL Bar No. 0779326
PO Box 3450
Winter Park, FL   32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com